IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 25 2021
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Jonathan J. Joe
117 Wilkes St. Apt #4
Berkeley Springs W.V. 25411
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Civil No.: 3:21cv98 (Groh/Trumble)
(Leave blank. To be filled in by Court.)

Eastridge Health Systems.
235 S. Water St.
Martinsburg W.V. 25401
Co-defendants
Christine Collins, Jill Leedom
Chelsea Clinton & *Dewhite Gilbert*
(Full name and address of the defendant(s))
**Defendant(s)**

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☒ Other (explain) U.S.C. § 408(a)(1)-(8)
   Social security fraud.
   18 U.S.C. Code 1028 -

JUN 25 PM 12:15

2. The facts of this case are:

Christine Collins AKA Daniel, Is currently working under a false identity. She has been tied into social security fraud and child support fraud regarding my ex-wife in Honolulu HI.

The facts of my claim are enclosed as a letter of compliance provided under a FALSE CLAIM of being a licesend therapist is a violation of Federal Code 18 U.S.C. code 128 - The fraud crime attached is a violation of U.S.C. § 408 (a)(1)-(8)

3. The relief I want the court to order is:

☒ Damages in the amount of: $ 2,000,000

☐ An injunction ordering: _____

☒ Other (explain) Past Bribes to CPS and Fraud Crimes confirmable by Hawai'i

6-28-2021
(Date)

*Jonathan J. Joe*
(Signature)

117 Wilkes St. Apt#4
Berkeley Springs W.V.
25411
(703) 869-8313
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.